**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JULIEN M. HARRIS**                                                                       **PLAINTIFF**

**VS.**                                                                        **CAUSE NO.: 1:06CV276-SA**

**KOCH INDUSTRIES, INC., et al.**                                        **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to a memorandum opinion issued forth this day:

1) Defendants, Koch Industries, Inc., Georgia-Pacific Corporation, and Georgia-Pacific Plywood Company's Motion for Summary Judgment [34] is **GRANTED**.

2) Further, the case is **DISMISSED**.

3) The Clerk is ordered to **CLOSE** the case and **TERMINATE** its trial date.

So **ORDERED**, this the 24th day of June, 2008.

                                                                          **/s/ Sharion Aycock**
                                                                          **U.S. DISTRICT COURT JUDGE**